## WHEELER v. EDINGER *et al.*

1. SERVICE OF NOTICE BY PUBLICATION. The District Court has no authority to render a judgment by default against a defendant served with notice by publication, when the record does not show affirmatively that a copy of the petition and notice was mailed to such defendant as required by section 1826, Code of 1851.

*Appeal from Blackhawk District Court.*

THURSDAY, APRIL 11.

FORECLOSURE. No personal service was effected upon Edinger and wife, the mortgagors; adequate proof however of notice by publication was made. Judgment of foreclosure by default, and defendants appeal.

*Bagg & Allen* for the appellant.

*E. K. Ware* for the appellee.

LOWE, C. J.—The chief error relied upon in this case is that it does not appear from any recitals in the record that the requirement in section 1826 of the Code of 1851 had been observed; that is, that any proof had been made, be-

fore a default had been entered against defendants, that a copy of the petition and notice had been mailed to them, or an excuse shown for the failure to do so. That this must affirmatively appear has been frequently held by this court. *Broghill* v. *Lash*, 3 G. Greene, 357 ; *Byington* v. *Crosthwait et al*, 1 Iowa, 148 ; *Carr* v. *Kopp*, 3 Ib. 80 ; *Woodward* v. *Whitescarver*, 6 Ib. 1.

Reversed.